## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA**,

               Plaintiff,                     Case No. 15-20339

v                                        Hon. Robert H. Cleland

**GAYLE HASSAN AL-SAID**,

               Defendant.

_____

### ORDER GRANTING MOTION FOR TRANSPORTATION EXPENSE

Upon review of Defendant's motion for transportation expenses of Defendant,

**IT IS HEREBY ORDERED** that the United States Marshal shall furnish

Defendant Gayle Hassan Al-Said with transportation from Detroit, Michigan, to Los

Angeles, California, on Wednesday, August 12, 2015, or as soon thereafter as

possible.

        SO ORDERED.                   <u>S/Robert H. Cleland</u>
                                       Robert H. Cleland
                                       United States District Judge

Dated: August 18, 2015